# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)   www.flsb.uscourts.gov

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Kenneth Bidun          JOINT DEBTOR: Stephanie Bidun          CASE NO.: 10-____
Last Four Digits of SS# 8037          Last Four Digits of SS# 5737

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.   $ 671.00  for months  1  to  60 ;
   B.   $_____ for months ____ to ____;
   C.   $_____ for months ____ to ____; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 4425.00          TOTAL PAID $ 1250.00
                Balance Due $ 3175.00      payable $ 529.17/month (Months  1  to  6 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____   Arrearage on Petition Date  $_____
   Address: _____   Arrears Payment   $____/month (Months ____ to ____)
   _____   Regular Payment   $____/month (Months ____ to ____)
   Account No: _____

2. _____   Arrearage on Petition Date  $_____
   Address: _____   Arrears Payment   $____/month (Months ____ to ____)
   _____   Regular Payment   $____/month (Months ____ to ____)
   Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| $0.00 as to this creditor. The value of the property is less than the amount of the 1st mortgage.<br><br>Property desc: PALMETTO PARK TERRACE UNIT 9 LT 1 BLK 12 | $0.00<br>Wachovia Bank NA (aka Wells Fargo Bank)<br>PO Box 13765<br>Roanoke VA 24037, and<br>PO Box 3117, Winston Salem NC 27102<br><br>acct #4386540319186897 | 0% | $0.00 | ____ To ____ | $0.00<br>This claim shall be stripped as a mortgage or lien against the referenced real property and treated as a general unsecured claim. |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____   Total Due  $_____
                               Payable    $_____/month  (Months___ to ____)  Regular Payment $_____
2. _____   Total Due  $_____
                               Payable    $_____/month  (Months___ to ____)  Regular Payment $_____

Unsecured Creditors: Pay $  80.83  /month (Months  1 to  6 )
                     Pay $  610.00 /month (Months  7 to 60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: ([*Atty Fees - $3500 + $750 MTV + $150 expenses  +$25 MTV expense]
Bank of America#9998 (mortgage - home -Boca Raton FL) paid direct outside Plan; Wells Fargo Bank (aka Wachovia) #6897 (mortgage - home -Boca Raton FL) stripped per Mtn Value Collateral noted above; Bank of America #2287 (auto loan - 2008 Honda CRV) paid direct outside Plan; Debtor reserves right to modify Plan after Confirmation;

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____                _____
Debtor                                          Joint Debtor

Date: 11-16-2010                                Date: 11-16-10