# CHAPTER 13 PLAN (Individual Adjustment of Debts)    www.flsb.uscourts.gov

☐     2AP     Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Kenneth Bidun     JOINT DEBTOR: Stephanie Bidun     CASE NO.: 10-45193-EPK
Last Four Digits of SS# 8037     Last Four Digits of SS# 5737

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ __671.00__ for months __1__ to __60__;
    B.    $_____ for months _____ to _____;
    C.    $_____ for months _____ to _____; in order to pay the following creditors:

<u>Administrative</u>: Attorney's Fee - $ 4425.00     TOTAL PAID $ 1250.00
                 Balance Due $ 3175.00     payable $ 529.17 /month (Months __1__ to __6__)

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____    Arrearage on Petition Date $_____
Address: _____    Arrears Payment    $_____/month (Months _____ to _____)
_____    Regular Payment    $_____/month (Months _____ to _____)
Account No: _____

2. _____    Arrearage on Petition Date $_____
Address: _____    Arrears Payment    $_____/month (Months _____ to _____)
_____    Regular Payment    $_____/month (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| $0.00 as to this creditor. The value of the property is less than the amount of the 1st mortgage.<br><br>Property desc: PALMETTO PARK TERRACE UNIT 9 LT 1 BLK 12 | $0.00<br>Wachovia Bank NA (aka Wells Fargo Bank)<br>PO Box 13765<br>Roanoke VA 24037, and<br>PO Box 3117, Winston Salem NC 27102<br><br>acct #4386540319186897 | 0% | $0.00 | To | $0.00 This claim shall be stripped as a mortgage or lien against the referenced real property and treated as a general unsecured claim. |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____ Total Due $_____
   Payable $_____ /month (Months ___ to ___) Regular Payment $_____
2. _____ Total Due $_____
   Payable $_____ /month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ __80.83__ /month (Months _1_ to _6_)
                    Pay $ _610.00_ /month (Months _7_ to _60_)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: ([*Atty Fees - $3500 + $750 MTV + $150 expenses  +$25 MTV expense]
Bank of America#9998 (mortgage - home -Boca Raton FL) paid direct outside Plan; Wells Fargo Bank (aka Wachovia) #6897 (mortgage - home -Boca Raton FL) stripped per Mtn Value Collateral noted above; Bank of America #1184 (auto loan - 2008 Honda CRV) paid direct outside Plan; Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case.  In the event Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the plan up to 100% of allowed unsecured claims. Debtor reserves right to modify Plan after Confirmation;

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____          _____
Debtor                            Joint Debtor

Date: 2-9-11                      Date: Feb 9, 2011